JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRINCE TONY GOODO,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT AMBROSELLI,<br><br>    Respondent. | Case No. CV 12-0314-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: April 17, 2012

_____
Marc L. Goldman
United States Magistrate Judge

1